■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR DALY, Appellant. [915 NYS2d 505]—Appeal by the defendant from an amended judgment of the County Court, Orange County (DeRosa, J.), rendered October 8, 2009, revoking a sentence of probation previously imposed by the same court (Kelly, J.), upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous convictions of vehicular assault in the second degree and driving while intoxicated.

Ordered that the amended judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his claim that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248 [2006]; *People v Lococo*, 92 NY2d 825 [1998]; *People v Lewis*, 73 AD3d 1212 [2010]; *People v Rosas*, 34 AD3d 605 [2006]). Covello, J.P., Dickerson, Hall and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT HANEMANN, Appellant. [915 NYS2d 859]—Appeals by the defendant from three judgments of the Supreme Court, Westchester County (Molea, J.), rendered July 17, 2008, convicting him of criminal possession of a weapon in the second degree under indictment No. 07-00910, criminal possession of a controlled substance in the fifth degree under indictment No. 07-00923, and burglary in the first degree under indictment No. 07-01317, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Covello, Eng, Chambers and Sgroi, JJ., concur.